# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**607**

**CA 10-02490**

PRESENT: SCUDDER, P.J., FAHEY, CARNI, GREEN, AND GORSKI, JJ.

---

CNP MECHANICAL, INC., PLAINTIFF-RESPONDENT,

V                                                                    ORDER

ALLIED BUILDERS, INC., HARTFORD FIRE INSURANCE
COMPANY, HARTFORD CASUALTY COMPANY, AND
HARTFORD ACCIDENT AND INDEMNITY COMPANY,
DEFENDANTS-APPELLANTS.
(APPEAL NO. 1.)

---

ERNSTROM & DRESTE, LLP, ROCHESTER (JOHN W. DRESTE OF COUNSEL), FOR
DEFENDANTS-APPELLANTS.

GATES & ADAMS, P.C., ROCHESTER (ANTHONY J. ADAMS, JR., OF COUNSEL),
FOR PLAINTIFF-RESPONDENT.

------------------------------------------------------------------------------------------------------

Appeals from an order of the Supreme Court, Monroe County
(Kenneth R. Fisher, J.), entered July 30, 2010 in a breach of contract
action.  The order granted judgment in favor of plaintiff and against
defendants.

It is hereby ORDERED that said appeals are unanimously dismissed
without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988;
*Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see
also* CPLR 5501 [a] [1]).

Entered:  May 6, 2011                          Patricia L. Morgan
                                               Clerk of the Court